**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CASTRO, | No. C 14-465 SI (pr) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| E. SPEARMAN, warden, | |
|     Respondent.                   / | |

The petition for writ of habeas corpus is DENIED.

IT IS SO ORDERED AND ADJUDGED.

Dated: December 15, 2014

_____
SUSAN ILLSTON
United States District Judge